*Randal S. Mashburn* (signature)
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 9/22/2016



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: } | Case No. 3:15-bk-00731 |
| TIFFANY RUTHANN ROBERTS } | |
| 1821 ELVENTH AVENUE NORTH } | |
| NASVHILLE, TN 37208 } | Chapter 13 |
| SSN: xxx-xx-1090 } | |
| } | Judge Randal S. Mashburn |
| Debtor } | |

### AGREED ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN TO PROVIDE FOR CLAIM OF INLAND BANK FUNDING AS LONG-TERM CLAIM PER 11 U.S.C. §1322(b)(5)

This matter came before the Court on September 14, 2016, on the Trustee's Objection to the Debtor's Motion to Modify Chapter 13 Plan to provide for claim of Inland Bank funding as long-term claim per 11 U.S.C. §1322(b)(5). As evidenced by the signatures below, it is hereby AGREED and ORDERED as follows:

1. The Debtor shall be permitted to modify her Chapter 13 plan to provide for the claim of Inland Bank as a long-term claim pursuant to 11 U.S.C. §1322(b)(5).

2. The amount to be financed through Inland Bank shall be $13,853.53 at a rate of 22% to be paid by the Trustee with an ongoing monthly payment of $382.83 as a Class III creditor upon the filing of an approved Proof of Claim.

3. The Debtor shall maintain full coverage insurance on the motor vehicle and list Inland Bank as the lost payee.

4. The Debtor shall waive discharge of this post-petition debt with Inland Bank.

5. Inland's Bank claim for post-petition financing is a continuing debt and is not subject to discharge.

6. The claim of Inland Bank shall be treated by the Trustee as a long term obligation and the Trustee shall not allocate interest or principal in the disbursements to Inland Bank.

7. As a result, the Debtor's plan payment shall be $425.00 semi-monthly.

8. The dividend to general unsecured creditors shall remain at 20%.

9. The new base shall be $55,260.00.

10. There shall be no other changes in treatment to other secured creditors.

11. No other terms of the confirmation order shall be affected by this modification.

IT IS SO ORDERED.

*This order was electronically signed and entered as indicated at the top of the first page.*

APPROVED FOR ENTRY:

/s/ James A. Flexer
JAMES A. FLEXER, BPR #9447
Attorney for Debtor
1900 Church Street, Suite 400
Nashville, TN 37203
(615) 255-2893
fax: (615) 242 8849
cm-ecf@jamesflexerconsumerlaw.com

/s/ Henry E. Hildebrand, III
Henry E. Hildebrand, III
Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203
(615) 244-1101
fax: (615) 242-3241
pleadings@ch13nsh.com

Digitally signed by /s/ Henry E. Hildebrand, III
DN: cn=/s/ Henry E. Hildebrand, III, o=Chapter 13 Trustee's Office, ou=Finance (51), email=pleadings@ch13nsh.com, c=US
Date: 2016.09.20 07:53:48 -05'00'

## CERTIFICATE OF SERVICE

      I hereby certify that on Tuesday, September 20, 2016 I furnished a true and correct copy of the foregoing to the following parties in interest:

<u>Electronic</u>
Henry E. Hildebrand, III
Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203

<u>Electronic</u>
Sam Crocker, U.S. Trustee
318 Customs House, 701 Broadway
Nashville, TN 37203

<u>U.S. mail first class</u>
TIFFANY RUTHANN ROBERTS
1821 ELVENTH AVENUE NORTH
NASVHILLE, TN 37208

3 notices have been served. I have mailed 1 notice.

                                                  /s/ James A. Flexer
                                                James A. Flexer

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.